GREEN BUS LINES, INC., Appellant, *v.* OCEAN ACCIDENT AND GUARANTY CORPORATION, LTD., Respondent.

Submitted March 15, 1940; decided March 15, 1940.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements.    (See 282 N. Y. 104.)

TOMAS SUBIRANA, Appellant, *v.* LOUIS DEL. MUNDS, Individually and as Executor of J. THEUS MUNDS, Deceased, et al., Respondents, Impleaded with Others.

Argued February 29, 1940; decided March 15, 1940.

*J. Adam Murphy* for motion.
*John F. X. Finn* opposed.
Motion denied.